UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :       24cv238(DLC)
                              Plaintiff,  :
                                          :         ORDER
               -v-                        :
                                          :
SHANCHUN HUANG,                           :
                                          :
                              Defendant.  :
                                          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     This case having been reassigned to this Court for all

purposes, it is hereby

     ORDERED that the parties shall file a letter no later than

December 17, 2025, apprising the Court of the status of this

action.

Dated:    New York, New York
          December 8, 2025


                              _____
                                      DENISE COTE
                              United States District Judge