UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
                                :

SECURITIES AND EXCHANGE COMMISSION,  :

                            :        24cv238(DLC)

                Plaintiff,   :

                            :         ORDER

        -v-                :

                            :

SHANCHUN HUANG,                   :

                Defendant.  :

                            :

-------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the parties shall, no later than January 7, 2026, provide this Court two courtesy copies of all motions pending in this case by mail or hand-delivery to 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          December 30, 2025

                                       _____
                                       DENISE COTE
                         United States District Judge