UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
SECURITIES AND EXCHANGE COMMISSION,        :        24cv238(DLC)
                                           :
                          Plaintiff,       :        ORDER
          -v-                              :
                                           :
SHANCHUN HUANG,                            :
                                           :
                          Defendant.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     Having received the defendant's request of February 16,

2026, it is hereby

     ORDERED that the initial pretrial conference is adjourned

to **March 5, 2026 at 11:30 A.M.**

     IT IS FURTHER ORDERED that the March 5 conference shall be

held telephonically.  The parties shall use the following dial-

in credentials for the telephone conference:

          Dial-in:      1-855-244-8681
          Access Code:  2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
          February 17, 2026

                              _____
                                        DENISE COTE
                              United States District Judge