UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

SHANCHUN HUANG,

Defendant.

---------------------------------------- X

24cv238 (DLC)

ORDER

DENISE COTE, District Judge:

Having received the SEC's letter of August 24, 2026, regarding the parties' dispute about the depositions of defendant Shanchun Huang and his wife, it is hereby

ORDERED that a telephone conference is scheduled for **August 26, 2026** at **2:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

Dial-in: 1-855-244-8681
Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge