UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, -v- SHANCHUN HUANG, Defendant. | : | 24cv238 (DLC) ORDER |

DENISE COTE, District Judge:

Having received the parties' letters of August 27 and 28, 2026, it is hereby

ORDERED that the discovery period is extended through **September 30, 2026** to accommodate the depositions of the defendant and his wife in London. All other existing deadlines in this case remain unchanged.

IT IS FURTHER ORDERED that, should the defendant and/or his wife fail to appear for their depositions as scheduled, any motion for sanctions by the SEC shall be filed by **October 2, 2026.** Any opposition is due **October 9, 2026.** Any reply is due **October 14, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
August 28, 2026

DENISE COTE
United States District Judge